1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12   RAFAEL ARROYO, JR.,                    Case No. 14-CV-03958-LHK

13                Plaintiff,                **ORDER TO SHOW CAUSE FOR**
                                            **FAILURE TO PROSECUTE**
14         v.

15   ENRIQUE ALVA JR., et al.,

16                Defendants.

17

18         Plaintiff, with the assistance of counsel, brought suit on September 2, 2014, against

19   Defendants Enrique Alva Jr., Lilia Alva, and South First Furniture, Inc. (collectively,

20   "Defendants").  ECF No. 1.  Because Plaintiff's original complaint asserted a right-of-access claim

21   under the Americans with Disabilities Act, Plaintiff must comply with the requirements set forth

22   in the Northern District of California's General Order 56.  *See* ECF No. 4 (applying General Order

23   56 to the instant case).

24         Plaintiff filed a First Amended Complaint ("FAC") on October 15, 2014, ECF No. 17, and

25   Defendants subsequently moved to dismiss the FAC, ECF Nos. 20 & 24.  The Court denied

26   Defendants' motions to dismiss the FAC on February 9, 2015.  ECF No. 28.  Defendants answered

27   the FAC on March 4, 2015.  ECF No. 31.  In addition, on February 9, 2015, Defendants filed a

28
                                              1
     Case No. 14-CV-03958-LHK
     ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE

United States District Court
Northern District of California

1  motion to relate this case to another action.  ECF No. 29.  The Court denied Defendants' motion to

2  relate on April 24, 2015.  ECF No. 33.

3       Nearly a year has passed since the Court denied Defendants' motion to relate, and there

4  have been no subsequent filings in this case by either side.  The Court hereby ORDERS Plaintiff

5  to show cause why the instant action should not be dismissed with prejudice for failure to

6  prosecute.  Plaintiff has until March 18, 2016 to file a written response, not to exceed five pages in

7  length, to this Order to Show Cause.  A hearing on this Order to Show Cause is set for March 24,

8  2016, at 1:30 p.m.  If Plaintiff fails to respond to this Order to Show Cause and fails to appear at

9  the March 24, 2016 Order to Show Cause hearing, the Court will dismiss with prejudice this case

10  for failure to prosecute.

11  **IT IS SO ORDERED.**

12  Dated: March 15, 2016

13  _____

14  LUCY H. KOH
    United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. 14-CV-03958-LHK
ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE

United States District Court
Northern District of California