UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rafael Arroyo, Jr.**, | **Case:** 5:14-CV-03958-LHK |
| Plaintiff, | [proposed] Order |
| v. | |
| **Enrique Alva Jr.,** in his individual and representative capacity as trustee; **Lilia Alva,** in her individual and representative capacity as trustee; and **South First Furniture, Inc.,** a California Corporation, | |
| Defendants | |

Upon review of Defendants' Offer of Judgment dated March 23, 2016 made pursuant to Rule 68 of the Federal Rules of Civil Procedure and the Plaintiff's Acceptance thereof (ECF No. 35), it is hereby ordered that judgment be entered in favor of Plaintiff Rafael Arroyo, Jr. ("Plaintiff") and against Enrique Alva Jr., Lilia Alva, and South First Furniture, Inc. ("Defendants") as follows:

1. Defendants shall pay Plaintiff the amount of Six Thousand Five Hundred and One Dollars ($6,501), as total damages

for all claims contained in Plaintiff's Complaint, inclusive of costs and attorney's fees.

Additionally, in light of Plaintiff's response to the Court's Order to Show Cause, ECF No. 36, the Court VACATES the hearing on the Order to Show Cause set for March 24, 2016 at 1:30 p.m.

The Clerk shall close the case file.

DATE: March 23, 2016

*Lucy H. Koh*
Hon. Lucy H. Koh
United States District Judge